# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-10724-AMC

SHAWN CAUTHON

1603 E WASHINGTON LANE

PHILADELPHIA, PA 19138

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

SHAWN CAUTHON

1603 E WASHINGTON LANE

PHILADELPHIA, PA 19138

Counsel for debtor(s), by electronic notice only.

    PRO-SE

    *
    *
    *, * *
    ,

                                             /S/ William C. Miller

Date: 4/4/2018                         _____

                                              William C. Miller, Esquire
                                              Chapter 13 Standing Trustee