United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-10724-amc
Shawn Cauthon                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW          Page 1 of 1            Date Rcvd: May 08, 2018
                         Form ID: pdf900         Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2018.
```
db         +Shawn Cauthon,   1603 E. Washington Lane,   Philadelphia, PA 19138-1134
cr         +Santander Consumer USA Inc.,   P.O. Box 961245,   Fort Worth, TX 76161-0244
14052172   +Meredith Wooters,   PO BOX 165028,   Columbus OH 43216-5028
14052173   +Philadelphia Sheriff Office,   100 Broad Street,   #5,   Philadelphia PA 19110-1023
14061025   +SANTANDER CONSUMER USA,   P.O. Box 560284,   Dallas, TX 75356-0284
14052174   +Sixteen Oh-Three Lane,   Tenants Association,   1603 Washington Lane,
             Philadelphia PA 19138-1134
14061496   +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
14065074   +U.S. Bank National Association, as Trustee,   c/o Wells Fargo Bank, N.A.,
             Attn: Payment Processing,   MAC# X2302-04C,   1 Home Campus,   Des Moines IA 50328-0001
14062884   +U.S. Bank National Association, as Trustee for Cit,   c/o KARINA VELTER,
             Manley Deas Kochalski LLC,   P.O. Box 165028,   Columbus, OH 43216-5028
14052170   +US Bank at Trustee for CitiGroup Mortgage Loan,   800 Nicollet Mal,   Minneapolis MN 55402-7000
14052171   +Wells Fargo Bank,   3476 Stateview Blvd,   Ft.Mill SC 29715-7200
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: bankruptcy@phila.gov May 09 2018 02:10:18     City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 09 2018 02:10:00
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 09 2018 02:10:13     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14077561   +E-mail/Text: bankruptcydpt@mcmcg.com May 09 2018 02:10:05     Midland Funding LLC,
             PO Box 2011,   Warren, MI 48090-2011
14072960    E-mail/Text: bnc-quantum@quantum3group.com May 09 2018 02:09:55
             Quantum3 Group LLC as agent for,   Genesis Consumer Funding LLC,   PO Box 788,
             Kirkland, WA  98083-0788
                                                                                               TOTAL: 5
```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2018 at the address(es) listed below:
```
              KARINA  VELTER    on behalf of Creditor    U.S. Bank National Association, as Trustee for Citigroup
               Mortgage Loan Trust 2007-WFHE2, Asset-Backed Pass-Through Certificates, Series 2007-WFHE2
               amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHAWN CAUTHON                              Chapter 13

                    Debtor          Bankruptcy No. 18-10724-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this __8th__ day of __May__, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PRO-SE
*
*
*, * *

Debtor:
SHAWN CAUTHON

1603 E WASHINGTON LANE

PHILADELPHIA, PA 19138