To: Judge Ashely Chan
Re: Shawn Cauthon
1801 Butler Pike Apt #17
Conshohocken, PA 19428



Re: Bankruptcy Chapter 13 Reference # 1815834 AMC (Filed 09/05/2018)
Bankruptcy Chapter 13 Reference # 1810724 AMC (Filed 02/02/2018

Dear Judge Ashely Chan,

I am writing to you regarding my two Dismissed Bankruptcy files that are listed on my records with Philadelphia Courts.

I previously contacted the Philadelphia Bankruptcy Courts asking if my files or information are reported by the courts to any creditors or publicly.

When receiving a letter back from the Philadelphia Bankruptcy Courts I was advised that they do not report or volunteer any information to any outside source such as creditors or public companies.

I am asking and requesting the Philadelphia Bankruptcy Court or yourself can have my information ceased or restricted from any creditor or public source.

Due to my previous hardship and now disabled by this Bankruptcy being disclosed to outside sources which my information is being searched and credit agency used against me to destroy my character and my personal life history.

Legally, as I know you already aware no one should be able to search and use your personal records without permission or law permitted to ruing someone lives.

I am hoping that you can assist me and grant me my request. It would be helpful to allow me to keep my privacy away from others that are using it against myself or others to strive and keep their information confidential.

If possible could you please send me a response from my letter request to my address listed above it would be greatly appreciated.

Thank you in advance,

*Shawn Cauthon*
Shawn Cauthon